STATE OF NEW JERSEY v. ANTHONY PUCHALSKI.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH BLACK.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS K. WATSON.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM REED.

July 7, 1987.

Petition for certification denied.